# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Guzman, Ronald A. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>05/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| 219 S. Dearborn St.<br>Chambers 1886<br>Chicago, Il 60604 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State University Retirement PPD. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guzman, Ronald A.** | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. (FKTIX) Franklin Federal Tax Free Inc. Fund (jt) | A | Interest | K | T | | | | | |
| 2. (WBA) Walgreen Co. Common Stock (jt) | A | Dividend | K | T | | | | | |
| 3. (CAIBX) Capital Income Builder Fund (jt) | B | Dividend | K | T | | | | | |
| 4. (MTIPX) Morgan Stanley Instl FD Portfol A | A | Dividend | J | T | | | | | |
| 5. (ACSTX) Invesco Comstock Class A (sp) Exchange/merger | B | Dividend | J | T | | | | | |
| 6. (ACCBX) Invesco Corp Bond Fund Class A (sp) Merger/Exchange | A | Dividend | J | T | | | | | |
| 7. (VGRAX) Invesco Mid Cap Grth Fnd Class A (sp) | A | Dividend | | | Merged (with line 8) | 04/20/20 | J | | |
| 8. (OEGAX) Invesco Disc Md Cap Gwth Cl A (sp) | A | Dividend | J | T | | | | | |
| 9. (ACEIX) Invesco Equity and Inc Class A (sp) | A | Dividend | J | T | | | | | |
| 10. (AIIEX) Invesco International Growth Fund Class A (sp) | A | Dividend | J | T | | | | | |
| 11. (MSAVX) Invesco Amer Value Class A sp | A | Dividend | J | T | | | | | |
| 12. (FSCDX) Fidelity Advisor Small Cap A | A | Dividend | J | T | | | | | |
| 13. (FIIAX) Fidelity Advisor Mid Cap II A | A | Dividend | J | T | | | | | |
| 14. (FAHDX) Fidelity Advisor High Inc Advt Class A | A | Dividend | J | T | | | | | |
| 15. ( FAIDX) Fidelity Advisor Intl Discovery A | A | Dividend | J | T | | | | | |
| 16. (FGVMX) Fidelity New Mkt Inc. | A | Int./Div. | J | T | | | | | |
| 17. (FNIAX) Fidelity Advisor New Insights A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guzman, Ronald A.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | (QDERQ) JP Morgan Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 19. | JPMorgan Chase Bank, N.A. Account | A | Interest | M | T | | | | | |
| 20. | JP Morgan Chase Bank Checking Checking X | A | Interest | K | T | | | | | |
| 21. | JP Morgan Chase Bank Probate Estate Checking Acct X | A | Interest | M | T | | | | | |
| 22. | (SCHH) CHARLES SCHWAB US REIT | A | Int./Div. | J | T | Sold (part) | 06/24/20 | J | A | |
| 23. | | | | | | Buy (add'l) | 05/15/20 | J | | |
| 24. | | | | | | Sold (part) | 03/16/20 | J | A | |
| 25. | | | | | | Buy (add'l) | 01/17/20 | J | | |
| 26. | (IAU) ISHARES GOLD ETF | A | Int./Div. | J | T | Sold (part) | 06/22/20 | J | A | |
| 27. | | | | | | Sold (part) | 04/29/20 | J | A | |
| 28. | | | | | | Sold (part) | 01/15/20 | J | A | |
| 29. | (SHYG) ISHARES * HIGH YIELD CORP BOND ETF : | | | | | Sold (part) | 05/29/18 | J | A | |
| 30. | | | | | | Sold | 06/16/18 | J | A | |
| 31. | (SCHE) SCHWAB EMERG MAKTS EQUITY ETF: | A | Int./Div. | | | Buy (add'l) | 01/15/20 | J | | |
| 32. | | | | | | Sold | 03/09/20 | J | A | |
| 33. | ( FNDE) SCHWAB FUNDA EMG MKTS LARGE COM ETF SYMBOL: | A | Int./Div. | J | T | Buy (add'l) | 04/24/20 | J | | |
| 34. | | | | | | Sold (part) | 02/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 36. ( SCHC) SCHWAB INT SMALL CAP EQY | A | Int./Div. | | | Buy (add'l) | 01/15/20 | J | | |
| 37. | | | | | Sold | 03/12/20 | J | A | |
| 38. (SCHX ) SCHWAB US LARGE CAP ETF | A | Int./Div. | J | T | Buy (add'l) | 01/16/20 | J | | |
| 39. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 40. | | | | | Sold (part) | 03/17/20 | J | A | |
| 41. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 42. (SCHA ) SCHWAB US SMALL CAP ETF | A | Int./Div. | J | T | Buy (add'l) | 01/15/20 | J | | |
| 43. | | | | | Sold (part) | 03/11/20 | J | A | |
| 44. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 45. (VNQI) VANGUARD GLBAL EX US REAL ESTATE ETF | A | Int./Div. | J | T | Buy (add'l) | 03/16/20 | J | | |
| 46. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 47. | | | | | Sold (part) | 04/24/20 | J | A | |
| 48. | | | | | Sold (part) | 06/22/20 | J | A | |
| 49. | | | | | Sold (part) | 11/24/20 | J | A | |
| 50. (VTEB) VANGUARD MUNI BND TAXEXEMPT ETF | A | Int./Div. | K | T | Buy (add'l) | 01/15/20 | K | | |
| 51. | | | | | Sold (part) | 03/09/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 03/11/20 | J | A | |
| 53. | | | | | Sold (part) | 03/12/20 | K | | |
| 54. | | | | | Sold (part) | 03/19/20 | K | A | |
| 55. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 56. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 57. SCHWAB BANK SWEEPS ACCOUNT | A | Interest | K | T | | | | | |
| 58. (EBND) SPDR BLM BARCLY EMG. | A | Int./Div. | | | Buy (add'l) | 01/15/20 | J | | |
| 59. | | | | | Sold | 03/18/20 | J | A | |
| 60. (HYLB) XTRACKERS USD HIGH YLD CORP BOND ETF | A | Int./Div. | | | Buy (add'l) | 01/15/20 | J | | |
| 61. | | | | | Sold | 03/12/20 | J | A | |
| 62. (IPE) SPDR BLOOM BARC * | A | Int./Div. | | | Merged (with line 63) | 09/23/19 | J | A | |
| 63. (SPIP) SPDR PORTFOLIO TIPS | A | Int./Div. | J | T | Buy (add'l) | 03/12/20 | J | | |
| 64. | | | | | Sold (part) | 03/24/20 | J | A | |
| 65. (PDN) INVESCO FTSE RAFI DEV. MKTS | A | Int./Div. | J | T | Buy (add'l) | 03/16/20 | J | | |
| 66. (PRF) INVESCO FTSE RAFI US 1000 ETF | A | Int./Div. | J | T | Buy (add'l) | 02/28/20 | J | | |
| 67. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 68. | | | | | Buy (add'l) | 03/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/24/20 | J | A | |
| 70. | | | | | Sold (part) | 04/29/20 | J | A | |
| 71. | | | | | Sold (part) | 06/22/20 | J | A | |
| 72. (PRFZ) INVESCO FTSE RAFI 500 SMALL-MID ETF | A | Int./Div. | | | Buy (add'l) | 03/06/20 | J | | |
| 73. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 74. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 75. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 76. | | | | | Sold (part) | 04/24/20 | J | A | |
| 77. | | | | | Sold (part) | 04/29/20 | J | A | |
| 78. | | | | | Sold | 06/22/20 | J | A | |
| 79. (PXF) INVESCO FTSE RAFI DEVELOPED MARKETS | A | Int./Div. | | | Buy (add'l) | 02/28/20 | J | | |
| 80. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 81. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 82. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 83. | | | | | Sold (part) | 04/24/20 | J | A | |
| 84. | | | | | Sold | 06/22/20 | J | A | |
| 85. (PXH) INVESCO FTSE RAFI EMERGING MKTS ETF | A | Int./Div. | J | T | Buy (add'l) | 02/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Guzman, Ronald A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Buy (add'l) | 03/09/20 | J | | |
| 87. | | | | | | Buy (add'l) | 03/24/20 | J | | |
| 88. | | | | | | Sold (part) | 04/24/20 | J | A | |
| 89. | (VEA) VANGUARD FTSE DEVELOPED MKTS ETF | A | Int./Div. | J | T | Buy (add'l) | 03/12/20 | J | | |
| 90. | | | | | | Buy (add'l) | 03/24/20 | J | | |
| 91. | | | | | | Sold (part) | 06/22/20 | J | A | |
| 92. | (USHY) Ishares Broad USD HG YLD CRP BND ETF | A | Int./Div. | J | T | Buy | 03/12/20 | J | | |
| 93. | | | | | | Sold (part) | 06/22/20 | J | A | |
| 94. | (IEMG) ISHARES CORE MSCI EMERGING ETF | A | Int./Div. | J | T | Buy | 03/09/20 | J | | |
| 95. | | | | | | Buy (add'l) | 03/24/20 | J | | |
| 96. | (FNDF) SCHWAB FUND INL LARGE COM ETF | A | Int./Div. | J | T | Buy | 01/15/20 | J | | |
| 97. | | | | | | Sold (part) | 02/28/20 | J | A | |
| 98. | | | | | | Buy (add'l) | 04/24/20 | J | | |
| 99. | | | | | | Sold (part) | 06/22/20 | J | A | |
| 100. | (FNDX) SCHWAB FUND US LARGE CO ETF | A | Int./Div. | J | T | Buy | 01/15/20 | J | | |
| 101. | | | | | | Buy (add'l) | 02/28/20 | J | | |
| 102. | | | | | | Buy (add'l) | 04/24/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 04/29/20 | J | | |
| 104. (FNDA) SCHWAB FUND US SMALL COM ETF | A | Int./Div. | J | T | Buy | 01/15/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 107. | | | | | Sold<br>(part) | 04/29/20 | J | A | |
| 108. | | | | | Sold<br>(part) | 06/22/20 | J | A | |
| 109. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 110. (SCHP) SCHWAB US TIPS ETF | A | Int./Div. | J | T | Buy | 01/15/20 | J | | |
| 111. | | | | | Sold | 03/12/20 | J | A | |
| 112. | | | | | Buy | 06/22/20 | J | | |
| 113. (TFI) BARCLAYS MUNICIPAL BOND ETF | A | Int./Div. | K | T | Buy | 03/12/20 | K | | |
| 114. | | | | | Buy<br>(add'l) | 03/19/20 | K | | |
| 115. (EMLC) VANECK VECTORS J.P. | A | Int./Div. | J | T | Buy | 03/16/20 | J | | |
| 116. | | | | | Sold<br>(part) | 06/22/20 | J | A | |
| 117. (VOO) VANGUARD S&P 500 | A | Int./Div. | J | T | Buy | 03/17/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 119. (VB) VANGUARD SMALL CAP ETF | A | Int./Div. | J | T | Buy | 03/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 121. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 122.  (VSS) VGRD FTSE ALL WRLD EX US | A | Int./Div. | J | T | Buy | 03/16/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 124.  (HAUZ) XTRACKERS INTER REAL EST | A | Int./Div. | J | T | Buy | 01/17/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 126. | | | | | Sold<br>(part) | 03/18/20 | J | A | |
| 127. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 128. | | | | | Sold<br>(part) | 06/24/20 | J | A | |
| 129.  (SNSXX) Schwab US Trsy Money Money Mkt Fund X* | A | Int./Div. | M | T | | | | | |
| 130.  (SWVXX) Schwab Value Advantage Money Mkt Fund X* | A | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

Part VII, Line 29  (SHYG) ISHARES * HIGH YIELD:  As reported in Part VII, this asset was sold ompletely  in two stages on 5/29/18 and 6/16/18 but was inadvertently never reported as such and deleted from the Part VII asset list.

Part VII, Line 62 & 63 (IPE)  Spider Bloom Barc & (SPIP) Spider Portfolio Tips. Brokerage Account Statement describes this as a stock split/name change. This transaction occurred on 9/23/20 and should have been reported in the FDR of 2020 but was overlooked.

Part VII, Lines129 & 130 Schwab US Trsy Money Inv (SNSXX) and Schwab Value Advantage Money Fund (SWVXX):  These funds were acquired in April 2018 but were not previously reported because of confusion over money market savings accounts and money market investment funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald A. Guzman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544